IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13CR432 |
| vs. | ORDER |
| ADAM J. JELINEK, | |
| Defendant. | |

This matter is before the Court on defendant's motion for early termination of supervised release, [Filing No. 184](). The government filed an objection, [Filing No. 186](). Generally, the Court prefers a term of at least three years of sobriety for supervised release. The defendant's last drug related violation stems from methamphetamine use in July 2017. In January 2016 he walked away from his halfway house. Thereafter, in October 2016 the defendant admitted to illegally purchasing and using prescription drugs. The defendant is currently sober, working, and responsible. He is doing very well on supervision and does not represent a threat to anyone. The Court would be inclined to grant early termination of supervision but for the previous evidence of relapse within the last three years. In the Court's experience relapse is especially difficult in the third year of sobriety. The defendant has yet to complete his third year.

The Court finds that the defendant's current conduct is very commendable and encourages the defendant to continue his progress. However, the Court denies the defendant's request for early termination of supervised release for the reasons stated herein.

THEREFORE, IT IS ORDERED THAT:

1. Defendant's motion for early termination of supervised release, [Filing No. 184](), is denied at this time.

2. Government's objection, [Filing No. 186](), is sustained.

Dated this 27th day of February, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge